

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00293-CV

**ALLSTATE INSURANCE COMPANY**,
Appellant

v.

Daniel Wes **IRWIN**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03490
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

We order that appellee Daniel Wes Irwin recover his costs of appeal from appellant Allstate Insurance Company.

SIGNED August 21, 2019.

_____
Beth Watkins, Justice